**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NORAH FLAHERTY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MAYBELLINE, LLC, and L'OREAL USA PRODUCTS, INC., <br><br> Defendants. | Case No. 1:20-cv-07244 <br> Hon. John Robert Blakey <br><br><br> **NOTICE OF** <br> **MOTION TO DISMISS** |

PLEASE TAKE NOTICE that defendants Maybelline, LLC, and L'Oreal USA Products, Inc., hereby move to dismiss this case pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on grounds that the complaint fails to state a claim on which relief can be granted, and pursuant to Rule 12(b)(1) on grounds that subject matter jurisdiction is lacking for certain claims.

The motion is based on this notice, the accompanying memorandum of law, the anticipated reply memorandum, and argument of counsel to be presented at the hearing, if any.

Pursuant to Judge Blakey's individual procedures, a hearing date is provisionally set for May 20, 2021 at 11:00 a.m.

Dated: March 9, 2021

GORDON & REES, SCULLY, MANSUKHANI LLP

By: _____ *s/ Peter G. Siachos* _____
     Miles D. Scully (*pro hac vice* app. forthcoming)
     Peter G. Siachos
     Justin D. Lewis (*pro hac vice* app. forthcoming)
     JoAnna M. Doherty

1 N. Franklin, suite 800
Chicago, Illinois 60606
T: (312) 565-1400
E: psiachos@grsm.com