# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NORAH FLAHERTY, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>MAYBELLINE, LLC, and L'OREAL USA PRODUCTS, INC.,<br><br>  Defendants. | Case No. 1:20-cv-07244<br>Hon. Steven C. Seeger<br><br>**NOTICE OF<br>MOTION TO DISMISS** |

PLEASE TAKE NOTICE that defendants Maybelline, LLC, and L'Oreal USA Products, Inc., hereby move to dismiss this case pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on grounds that the complaint fails to state a claim on which relief can be granted, and pursuant to Rule 12(b)(1) on grounds that subject matter jurisdiction is lacking.

The motion is based on this notice, the accompanying memorandum of law, the anticipated reply memorandum, and argument of counsel to be presented at the hearing, if any.

No hearing date is set in keeping with General Order 20-0012.

Dated:  April 20, 2021

                                                **GORDON & REES, SCULLY, MANSUKHANI LLP**

                                                By:   *s/ Peter G. Siachos*
                                                      Miles D. Scully (*pro hac vice* app. forthcoming)
                                                      Peter G. Siachos
                                                      Justin D. Lewis (*pro hac vice* app. forthcoming)
                                                      JoAnna M. Doherty

                                                1 N. Franklin, suite 800
                                                Chicago, Illinois  60606
                                                T:  (312) 565-1400
                                                E:  psiachos@grsm.com