**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Norah Flaherty
                Plaintiff,

v.
                Case No.: 1:20−cv−07244
                Honorable Steven C. Seeger

Maybelline LLC, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 26, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: Hearing held on January 26, 2022. The Court issued an oral ruling on the pending motion to dismiss. For the reasons stated on the record, Defendants' motion to dismiss (Dckt. Nos. [18]) is hereby granted in part and denied in part. The Court denies Defendants' motions to dismiss for all counts, and grants Defendants' motion to dismiss the request for injunctive and declaratory relief. Counsel discussed the status of discovery. As previously ordered, fact discovery shall close on June 28, 2022. This case and the companion Gruber case will proceed on the same schedule. Fact discovery will close on June 28, 2022. Plaintiff's expert reports are due by August 1, 2022, and the depositions must take place by September 15, 2022. Defendant's expert reports are due by October 1, 2022, and the depositions must take place by November 15, 2022. The parties must file a status report by April 29, 2022, and state whether there is a joint request for a settlement conference before the Magistrate Judge. The hearing set for January 31, 2022 is hereby vacated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.